Pro Se 14 (INND Rev. 2/20)                                                                                            page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

FILED
JUL 07 2022
At ___
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Montell Jones,
[You are the PLAINTIFF, print your full name on this line.]

v.

Quality Correctional Care,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number  1:22CV223
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Quality Correctional Care LLC | 417 S. Calhoun St Fort Wayne, IN 46802 |
| 2 | [Put the names of any other defendants in these boxes.] Dr. Galperin | 417 S. Calhoun St Fort Wayne, IN 46802 |
| 3 | Nurse Jackie | 417 S. Calhoun St Fort Wayne, IN 46802 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __4__

2. What is the name and address of your prison or jail? __Allen County Jail   417 S calhoun St  Fort Wayne, IN__

3. Did the event you are suing about happen there? ☒Yes.  ☐ No, it happened at: _____

4. On what date did this event occur? __2021 – 2022__

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Defendant's Name and Job titles

4   Nurse Gina
    417 S Calhoun St
    Fort Wayne, IN 46802

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On March 20 2022 while I was a Pretrial detainee I was sent to Disciplinary Segregation for 45 days in the Allen County Jail. before I went to Disciplinary Segregation I wrote a Medical Request form (169794842) Who can I or My family talk to So I could keep My Rescue Inhaler on Me because I AM Severe asthmatic and I been this way Since I was 1 year old. I also Stated in My Medical Request, how everytime I would have a asthma attack I have to wait for them to do they Rounds, and when I do inform them I would still have to wait 30min to hour just to be Seen or taken down to the Nurse Station. So After writing My Medical Request form #One of the Nurse (QCC) Placed Me on Sick Call. So early Morning on March 21 2022 I want to Say it was about 1 or 2 A.M I was having trouble breathing to the point I woke up from My Sleep. So I had to wait until A Officer was

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

they Round on EFGW-Block (which is every hour) so I inform the officer I was having a trouble breathing and I am severe asthmatic, they got a hold of the Nurse and took me down. While the Nurse Gina Proform her Vitals Check I Notices my Oxygen level was between 95% to 96%. and Nurse Gina inform me I was on sick called to be seen by the doctor in Morning so the officer took me back to my cell and fell asleep, So when I got up later morning for Med Pass, they (Nurse) inform Me my Rescue Inhaler is on another cart. So I laid back down I want to say 30 to 40 Men before the officer passed out lunch tray my chest started getting tight. I told officer Flippo I am having trouble breathing and say he will get ahold of the Nurse. Flippo finally took me to sick call. I was in the Room with Nurse Jackie and Dr Galperin. I was trying to ask the Dr Galperin a question, Jackie told me I can't talk to the doctor until I sign a medical slip saying they would take $15 off my inmate trust funds account. So I said to Jackie I can't talk to the Doctor unless I pay? Jackie told me Yes. I then ask Jackie what I refuse to sign the medical slip, and she stated well there won't be nothing (see Attachment)

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

## Claims and Facts

1: Cont. They can do for me. So I signed the Medical slip because I wanted to if I can have my Rescue inhaler on me. So I asked DR Galperin how come I can't keep my inhaler on me, I AM Severe asthmatic? He told me other inmate will get high off a albuterol inhaler. So I states how can y'all charge me for help? They wasn't suppose to charge me for my own Medicine, and I feel like they are violating my Medical Rights. So they (Nurse Jackie and DR Galperin) told me to get out the office. I then stated to Nurse Jackie - I need my inhaler, She told me No I have to wait till Second Shift Nurse come around. So I keep Repeating I need my inhaler because I was Wheezing and My Chest was tight the Nurses was Just Ignoring me, and the Co who was working down there. (A white Medium-heavy built Female) told me to Shut up and Stop Knocking on the door. So my block officer Filppo came back and took me to my cell

2. On March 22 2022 around 4AM in the Allen County Jail. I Woke up again out my Sleep over another asthmas attack, once again I had to wait for a officer to

# Claims and Facts

2 cont. to do they Round, When the officer finally came to the block I informed them I am having trouble breathing. So the officer called the nurse, this time they came up to the block took my vitals and I looked at my oxygen level it was 90% and between 91%. then the nurse gave me my inhaler.

3. On March 23 2022 around 4 AM While I was at Allen County Jail I had another asthma attack in my sleep, and a officer took me down and that when Nurse Gina took my vitals and I look at my oxygen level it was at 87% to 88%. So I was telling Nurse Gina my body starting to reject the medicine and my condition was getting worst. She was getting mad at me, saying I don't know anything about asthma, and I might be faking. So I told I been dealing with asthma my own life, and she was trying to mock me saying she been dealing with asthma her whole life, then added she was the nurse. So After I took my inhaler I went back to my cell. So the following morning Nurse Lacey was doing meds passed I asked what percent your oxygen is suppose to be before you go to the ER She Stated when it drop under 95% and asked

## Claims and Fact

3. cont  Why and I informed Nurse Lacey My Oxygen level this Morning was in the 80's. Lacey said they was suppose to take you, and that when I also inform Lacey about the strong gas smell coming out the Vent, She told me to write a Medical Request and I did. When Nurse came to do Sick Call, I informed her about the strong gas smelled they claim it ain't no gas smelled. I told it was and I believe that what also May be caesing my attacks. The Nurse then told me to Pot in a Request form to the Shift Commander when I did, they said since they can't smell they can't do anything about it. This was going from March 23rd to March 26th while I was disciplinary Segregation.

4. Some time in March 2022 toward the end I was asking to speak with Mental health, After I came off suicide watch. The Mental Health Nurse would tell me they will get ahold of My Case Worker at Park Center. Never did.

Claims and Facts

5. While I was in Allen County Jail During Aug to Sept 23, 2021 I would repeatedly tell the nurse about my asthma, my condition, how the medicine wasn't working and if I can get stronger medicine. I was suffering all the way toward I was released by Allen County Community Correction. It took the nurses to give me the actual medicine I was asking when my mother (Marie) and father (Kevin) called the Ambulance to the Allen County Jail, because when I was on the phone, my mom could hear me wheezing. I was also refused to even be seen by the Ambulance. I been severe asthmatic my whole life, growing up I will be in and out the hospital. Quality Correctional Care failed to help me with my condition. I believe the whole Quality Correctional Care was careless from the doctor to the nurses. So I want to say Malpractice.

5. When did this event happen?
   - ◯ Before I was confined.
   - ☒ While I was confined awaiting trial.
   - ◯ After I was convicted while confined serving the sentence.
   - ◯ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ☒ No.
   - ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ◯ No, this event is not grievable at this prison or jail.
   - ☒ Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ◯ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   I want to be awarded $150,000 for having me suffering, for refusing my inhaler when I needed it. Also I want to be able to carry my Rescue Inhaler on my person.

[Initial Each Statement]
- MJ  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
- MJ  I will keep a copy of this complaint for my records.
- MJ  I will promptly notify the court of any change of address.
- MJ  I WILL NOT send more than one copy of any filing to the court.
- MJ  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
- MJ  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on  7 / 1 /20 22 at 7:45 am/(pm).
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____          374166
Signature                                 Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Request Forms and Grievances

Medical Request: 13200972, 139981572, 140971362, 141092432, 140456772, 167398572, 165653812, 16748100, 16979842, 169794542, 170759472, 180979652.

Mental Health: 183499722, 182950172, 177952802, 170836952, 164893532, 184658852, 184199182,

Medical Grievances: 183594062

It's more grievances but Quality Correctional Care won't give me copy without a lawyer. Its also paper Request forms I filled out as well.