UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MONTELL JONES, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:22-CV-223-HAB-SLC |
| QUALITY CORRECTIONAL CARE, et al., | |
| Defendants. | |

## ORDER

Montell Jones, a prisoner without a lawyer, sent the court a letter implying he was misled by a fellow inmate and did not understand what he was doing when he filed this lawsuit. ECF 12. He then filed a motion to dismiss. ECF 14.

For these reasons, the court:

(1) GRANTS the motion to dismiss (ECF 14);

(2) DISMISSES this case WITHOUT PREJUDICE;

(3) VACATES the filing fee order (ECF 6);

(4) WAIVES the filing fee;

(5) DIRECTS the clerk to delete the ledger created for this case; and

(6) DIRECTS the clerk to send a copy of this order to the Putnamville Correctional Facility Inmate Trust Fund Department.

SO ORDERED on October 10, 2022.

 s/ Holly A. Brady
JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT