AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MONTELL JONES
    Plaintiff

v.  Civil Action No. 1:22-cv-223

QUALITY CORRECTIONAL CARE
QUALITY CORRECTIONAL CARE LLC
JACKIE, *Nurse*
GALPERIN *Dr.*
GINA *Nurse*
    Defendant(s)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other:   This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Holly A Brady  on Motion to Dismiss

DATE:   10/11/2022                    GARY T. BELL, CLERK OF COURT

                                                      by   s/S. Kowalsky
                                                            *Signature of Clerk or Deputy Clerk*